IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-cv-00543-FDW-DCK

| | |
|---|---|
| JEFFREY A. HAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| HARTFORD LIFE & ACCIDENT ) | |
| INSURANCE COMPANY; DIVISION ) | |
| 5, LLC; and STRUCTURAL STEEL OF ) | |
| CAROLINA, LLC LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

Now come Plaintiff Jeffrey A. Hamm and Defendants Hartford Life and Accident Insurance Company ("Hartford") and Structural Steel of Carolina, LLC Long Term Disability Plan ("the Plan") and give notice that the above-caption case has been settled. Once the settlement is consummated, the Parties will file a Stipulation of Dismissal with Prejudice with the Court.

This 21st day of February, 2023.

/s/ *Bryan L. Tyson*
/s/ *Hannah Auckland*
Bryan L. Tyson (N.C. Bar. 32182)
Hannah Auckland (N.C. Bar. 35953)
Marcellino & Tyson, PLLC
2200 East 7th Street, Suite 100
Charlotte, North Carolina 28204
Telephone: 704.919.1519
Fax: 980.219.7025
bryan@yourncattorney.com
hauckland@yourncattorney.com

**Attorneys for Plaintiff**

/s/ *Gemma L. Saluta*
Gemma L. Saluta
N.C. State Bar No. 37032
Womble Bond Dickinson (US) LLP
One W. 4th Street
Winston-Salem, NC 27101
(336) 721-3600 (telephone)
(336) 721-3660 (facsimile)
Email: Gemma.Saluta@wbd-us.com

**Attorney for Defendants**